ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    rcaldwell@klnevada.com
           wschuller@klnevada.com

Attorneys for Defendants, GMAC Mortgage, LLC, Fidelity National Default Services, incorrectly sued as GMAC Fidelity National Default Solutions, and Mortgage Electronic Registration Systems ("MERS")

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE WILBERTO ANIBAN and TERESA DAWN ANIBAN,<br><br>              Plaintiffs,<br><br>   vs.<br><br>INDYMACK BANK, F.S.B. fka INDYMAC MORTGAGE SERVICES, a Division of One West Bank; QUALITY LOAN SERVICES CORPORATION; FIRST AMERICAN TITLE INSURANCE COMPANY; FIRST AMERICAN TITLE COMPANY OF NEVADA; SILVER STATE FINANCIAL, SERVICES, INC. dba SILVER STATE MORTGAGE; QUANTUM SERVICING CORPORATION as Agent for BENIFICIARY LSI TITLE COMPANY; LSI TITLE COMPANY; GMAC FIDELITY NATIONAL DEFAULT SOLUTIONS; MORTGAGE ELECTRONIC REGISTRATION SYSTER, a.k.a. "MERS" TICOR TITLE OF NEVADA, INC. fka TICOR TITLE COMPANY; MICHELLE NGUYEN, NOTARY TOBO SIGNER; ROGER D. STOTTS, ROBO SIGNER; RICK WILKEN, ROBO SIGNER; MARK BISCHOF, NOTARY ROBO SIGNER; and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO. 2:11-cv-01912-JCM-PAL<br><br>**ORDER GRANTING MOTION TO CERTIFY JUDGMENT AS FINAL** |

1  Before the Court is Defendants, GMAC MORTGAGE, LLC, FIDELITY NATIONAL DEFAULT SERVICES, incorrectly sued as GMAC FIDELITY NATIONAL DEFAULT SOLUTIONS, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS' ("MERS") (collectively "GMAC Defendants") Motion to Certify Judgment as Final [Doc. 27] ("Motion"). Plaintiffs were served with the Motion on February 2, 2012. The Notice of Electronic Filing states that a response was due by February 19, 2012. As of the time of this filing, GMAC Defendants have not received a response.

Pursuant to LR 7-2(d), Plaintiffs failure to file points and authorities in response to the Motion constitutes Plaintiffs' consent to the granting of the Motion. There being no points and authorities filed in response to the Motion, and pursuant to LR 7-2(d), IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED this 9th day of March, 2012.

_____
United States District Judge

Submitted by:

**KOLESAR & LEATHAM, CHTD.**

By _____
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271

Attorneys for Defendants, GMAC Mortgage, LLC, Fidelity National Default Services, incorrectly sued as GMAC Fidelity National Default Solutions, and Mortgage Electronic Registration Systems ("MERS")

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1123299.doc (7705-10)                Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 2nd day of March, 2012, I caused to be served a true and correct copy of foregoing **[PROPOSED] ORDER GRANTING GMAC MORTGAGE, LLC, FIDELITY NATIONAL DEFAULT SERVICES, INCORRECTLY SUED AS GMAC FIDELITY NATIONAL DEFAULT SOLUTIONS, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS' ("MERS") MOTION TO DISMISS** in the following manner:

(ELECTRONIC SERVICE) Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Christopher M. Hunter - chunter@mccarthyholthus.com

Harold P. Gewerter - harold@gewerterlaw.com

James W. Pengilly - jpengilly@pengillylawfirm.com, OSchulze@pengillylawfirm.com, shass@pengillylawfirm.com

*/s/ Christi Colucci*
An Employee of KOLESAR & LEATHAM